■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BROWN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 16, 1973, convicting him of attempted criminal possession of a dangerous weapon, etc., as a felony, upon his plea of guilty. The appeal also brings up for review the denial of defendant's motion

to suppress certain physical evidence. Judgment affirmed. Under the facts of this case, it appears that a reasonably prudent man would have been warranted in the belief that his safety, or that of others, was in danger (see *Terry v Ohio,* 392 US 1, 27). The police officer's "seizure" of defendant was therefore reasonable (cf. *People v Cantor,* 36 NY2d 106). Hopkins, Acting P. J., Martuscello, Latham, Rabin and Titone, JJ., concur.